```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF GEORGIA
                    ATHENS DIVISION
```

MARY LESTER,                          *

    Plaintiff,                     *

vs.                                   *
                                        CASE NO. 3:12-CV-55 (CDL)
CAROLYN W. COLVIN, Commissioner       *
of Social Security,
                                      *
    Defendant.
                                      *

O R D E R

After a *de novo* review of the record in this case, the Report and Recommendation of the United States Magistrate Judge filed August 19, 2013, is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have been considered and are found to be without merit.

IT IS SO ORDERED, this 12th day of September, 2013.

                              s/Clay D. Land
                                CLAY D. LAND
                        UNITED STATES DISTRICT JUDGE